Ronald E. Stadtmueller, Chapter 13 Trustee  
Check No. 694057  
Pay to: CLERK Clerk of the Court  
Please notify the Court & us of any changes made after filing of your claim (ex. account number, address, claim assignment, etc.)

| Case No. | Clm | Debtor Name | Account No. | Balance | Principal Pmt | Interest Pmt | Total |
|---|---|---|---|---|---|---|---|
| | | | NOTICE TO DEPOSIT FUNDS | | | | |
| 04-10871 | 004-0 | MILTON JOSEPH MANUEL<br>Original Check written to:<br>CEBRIDGE CONNECTIONS<br>P O BOX 139400<br>TYLER, TX 75713 | 3106 | 109.42 | 7.22 | 0.00 | 7.22 |
| 04-11043 | 002-0 | STANLEY PYBURN<br>Original Check written to:<br>BANK ONE<br>370 S CLEVELAND AVE #2047<br>WESTERVILLE, OH 43081 | xxxxxxxxxxxxx4975 | 0.00 | 260.79 | 0.00 | 260.79 |
| 04-11043 | 014-0 | STANLEY PYBURN<br>Original Check written to:<br>PRINCIPAL RESIDENTIAL MORTGAGE INC<br>711 HIGH ST<br>DES MOINES, IA 50392 | xxxxx0338 | 0.00 | 916.30 | 0.00 | 916.30 |
| 04-11196 | 003-0 | KATRINA FAGGARD<br>Original Check written to:<br>ABN AMRO MORTGAGE GROUP INC<br>7159 CORKLAN DR<br>JACKSONVILLE, FL 32258 | xxxxx4285 | 0.00 | 119.54 | 0.00 | 119.54 |
| 05-11199 | 004-0 | DEBRA ANN DECULUS<br>Original Check written to:<br>OCWEN FEDERAL BANK, FSB<br>ATTN: BANKRUPTCY DEPARTMENT<br>12650 INGENUITY DRIVE<br>ORLANDO, FL 32826 | xxxx4558 | 0.00 | 114.84 | 0.00 | 114.84 |
| 05-11540 | 006-0 | MYLES J. HOARE<br>Original Check written to:<br>CHEVRON CREDIT BANK NA<br>2001 DIAMOND BLVD<br>P O BOX 5010 SEC 230<br>CONCORD, CA 94524-0010 | xxxxxx2871 | 79.08 | 14.67 | 0.00 | 14.67 |
| 05-11549 | 003-0 | EVELYN FORD<br>Original Check written to:<br>MID STATE HOMES<br>P O BOX 31601<br>TAMPA, FL 33631-3601 | xxxxxx3500 | 0.00 | 604.00 | 0.00 | 604.00 |